UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION, | Civil Action No. 10-5197 (SDW)(MCA) |
| Plaintiff, | Hon. Susan D. Wigenton, U.S.D.J. |
| v. | Hon. Madeline C. Arleo, U.S.M.J. |
| NATCO PHARMA LIMITED, ARROW INTERNATIONAL LIMITED, and WATSON LABORATORIES, INC., | SIXTH AMENDED PRETRIAL SCHEDULING ORDER (Filed Electronically) |
| Defendants. | |

THIS MATTER having come before the Court by the parties' joint letter of April 30, 2013, and during a telephonic status conference on May 1, 2013, and for good cause shown:

IT IS on this 6ᵗʰ day of May, 2013,

ORDERED THAT:

The following dates shall apply to the proceedings in this action, superseding all prior Scheduling Orders entered in Civil Action No. 10-5197:

| | |
|---|---|
| Celgene to File Fifth Amended Complaint to Add U.S. Patent No. 8,431,598 | 5/6/2013 |
| Disclosure of Asserted Claims | 5/8/2013 (L. Pat. R. 3.6(b)) |
| Noninfringement & Invalidity Contentions | 5/15/2013 (L. Pat. R. 3.6(c) & -(e)) |
| Infringement Contentions & Responses to Invalidity Contentions | 7/1/2013 (L. Pat. R. 3.6(g) & -(i)) |
| Exchange proposed claim terms for construction | 7/15/2013 (L. Pat. R. 4.1(a)) |
| Exchange preliminary claim constructions | 8/5/2013 (L. Pat. R. 4.2(a)) |
| Exchange evidence opposing proposed claim constructions | 8/19/2013 (L. Pat. R. 4.2(c)) |

| | |
|---|---|
| Joint Claim Construction and Prehearing Statement | 9/4/2013 (L. Pat. R. 4.3) |
| Complete all non-expert *Markman* discovery | 10/4/2013 (L. Pat. R. 4.4) |
| Opening *Markman* briefs | 10/21/2013 (L. Pat. R. 4.5(a)) |
| Complete all expert *Markman* discovery | 11/20/2013 (L. Pat. R. 4.5(b)) |
| Responsive *Markman* Briefs | 12/20/2013 (L. Pat. R. 4.5(c)) |
| Submit proposed *Markman* hearing schedule | 1/3/2014 (L. Pat. R. 4.6) |
| *Markman* hearing | TBD |
| Completion of document production | TBD |
| Close of Fact Discovery | 1/20/2014 |
| Opening expert reports | 60 days after *Markman* ruling |
| Responsive expert reports | 45 days after opening expert reports |
| Reply expert reports (secondary indicia) | 30 days after responsive expert reports |
| Completion of expert discovery | 60 days after reply expert reports |
| Motions to amend or add parties | TBD |
| Trial | TBD |

All other provisions and requirements of the Court's prior Scheduling Orders, to the extent not superseded by this Order, shall remain in effect.

Hon. Madeline C. Arleo, U.S.M.J.

2