WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendants
Natco Pharma Ltd., Arrow International Ltd.,
and Watson Laboratories, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| CELGENE CORPORATION, | Honorable Susan D. Wigenton, U.S.D.J. |
| Plaintiff, | Civil Action No. 10 CV 5197 (SDW) (MCA) |
| v. | **ORDER TO SEAL CERTAIN PORTIONS OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF AND EXHIBIT G TO THE BOGAD DECLARATION SUBMITTED THEREWITH** |
| NATCO PHARMA LIMITED, ARROW INTERNATIONAL LIMITED, and WATSON LABORATORIES, INC. | |
| Defendants. | |
| NATCO PHARMA LIMITED, ARROW INTERNATIONAL LIMITED, and WATSON LABORATORIES, INC. | |
| Counterclaim Plaintiffs, | |
| v. | |
| CELGENE CORPORATION, | |
| Counterclaim Defendant. | |

**THIS MATTER**, being opened to the Court by Winston & Strawn LLP, attorneys for Defendants Natco Pharma Ltd., Arrow International Ltd., and Watson Laboratories, Inc. (collectively, "Defendants"), by way of Defendants' unopposed Motion to Seal certain portions of their Responsive Claim Construction Brief and Exhibit G to the Bogad Declaration submitted therewith; the Court having considered the submission, proposed sealed information, Local Civil Rule 5.3, and the governing case law; and the Court having considered the factors contained in Local Civil Rule 5.3(c)(2), the Court makes the following Findings of Fact and Conclusions of Law:

   a. To protect the confidentiality of information produced by way of discovery, the parties entered into a Discovery Confidentiality Order;

   b. Under the Discovery Confidentiality Order dated February 14, 2011, the party wishing to use material previously designated as "Confidential" or "Highly Confidential" under the Discovery Confidentiality Order must file a motion with the Court for leave to file the submission under seal pursuant to Local Civil Rule 5.3(c) (D.I. 36 ¶ 11);

   c. On April 8, 2014, Defendants filed their Responsive Claim Construction Brief and Exhibit G to the Bogad Declaration submitted therewith with the Court, which disclose and/or refer to deposition testimony currently treated as "Highly Confidential Information" pursuant to the Discovery Confidentiality Order (*see id.* ¶ 2);

   d. Defendants have complied with the terms of the Discovery Confidentiality Order by filing a motion to seal the confidential information disclosed and/or referenced in the above-mentioned documents pursuant to Local Civil Rule 5.3(c);

e. There is no less restrictive alternative available than to seal such information because the request to seal is limited in scope and includes only Exhibit G and certain portions of Defendants' Responsive Claim Construction Brief that references information contained in that Exhibit;

**WHEREFORE**, the Court having found that the relief sought is warranted; and for good cause shown,

**IT IS** on this 28th day of _April_, 2014

**ORDERED** as follows:

1. Defendants' unopposed Motion to Seal certain portions of their Responsive Claim Construction Brief and Exhibit G to the Bogad Declaration submitted therewith is granted.

2. The following materials are hereby sealed:

   a. Confidential portions of Defendants' Responsive Claim Construction Brief and Exhibit G to the Bogad Declaration submitted therewith.

_____
Honorable Madeline Cox Arleo, U.S.M.J.

3