

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

May 7, 2014

**VIA ECF & FEDEX**

The Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 5060
Newark, New Jersey 07102

      Re:   *Celgene Corporation v. Natco Pharma Limited, et al.*
              Civil Action No. 10-5197 (SDW)(MCA)

Dear Judge Wigenton:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, Jones Day, and Richard G. Greco PC, represents Plaintiff Celgene Corporation in the above-referenced matter. Enclosed is a Stipulation and [proposed] Order, to which the parties have agreed, regarding infringement of United States Patent Nos. 6,045,501, 6,315,720, 6,561,976, 6,561,977, 6,755,784, and 8,315,886. If the enclosed Stipulation and [proposed] Order meets with Your Honor's approval, we respectfully request that Your Honor sign and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                     Respectfully yours,

                                     Charles M. Lizza

Enclosure

cc:     All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CELGENE CORPORATION,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**NATCO PHARMA LIMITED,**<br>**ARROW INTERNATIONAL LIMITED,**<br>**and WATSON LABORATORIES, INC.,**<br><br>　　　　　　　　**Defendants.** | Civil Action No. 10-5197 (SDW)(MCA)<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J.<br><br>(Filed Electronically) |

### STIPULATION AND [PROPOSED] ORDER REGARDING INFRINGEMENT

Plaintiff Celgene Corporation ("Celgene") and Defendants Natco Pharma Limited ("Natco"), Arrow International Limited, and Watson Laboratories, Inc. (collectively, the "Defendants," which for purposes of this stipulation also includes Watson Pharmaceuticals, Inc., Actavis Inc., Watson Pharma, Inc., and Anda, Inc.), by their undersigned counsel, hereby stipulate and agree that:

WHEREAS Celgene represents that it owns United States Patent Nos. 6,045,501 (the "'501 patent"), 6,315,720 (the "'720 patent"), 6,561,976 (the "'976 patent"), 6,561,977 (the "'977 patent"), 6,755,784 (the "'784 patent"), and 8,315,886 (the "'886 patent") (collectively, the "Celgene Patents");

WHEREAS Natco represents that it filed Abbreviated New Drug Application ("ANDA") No. 201452 seeking approval to engage in the commercial manufacture, use, and/or sale of generic 5, 10, 15, and 25 mg lenalidomide capsules ("Natco's ANDA Products") before the expiration of the Celgene Patents;

WHEREAS Defendants proposed to enter a stipulation regarding their infringement of the Celgene Patents;

NOW THEREFORE, the parties, their successors, and assigns hereby stipulate, and will not contest before this Court or any court on appeal, that:

1. If approved by the FDA, the distribution of Natco's ANDA Products in the United States would constitute infringement of each asserted claim of the Celgene Patents, specifically, claims 1 and 3-9 of the '501 patent; claims 1-5, 7-8, 11-19, 21, and 23-28 of the '720 patent; claims 1, 3-6, 8, 10-13, and 15 of the '976 patent; claims 1-7, 9, 11-21, 23, and 25-30 of the '977 patent; claims 1-7, 9, 11-21, 23, and 25-30 of the '784 patent; and claims 1-7 of the '886 patent (collectively, "the Asserted Claims").

2. Nothing herein shall be construed as precluding, restricting, or limiting discovery concerning the validity of the Asserted Claims, including, but not limited to, secondary considerations of nonobviousness.

3. Nothing herein shall be construed as precluding, restricting, or limiting Defendants' obligation to provide discovery concerning ANDA No. 201-452, and to comply with L. Pat. R. 3.6(j).

DATED: May 7, 2014

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey 07102-5426
    (973) 286-6700
    clizza@saul.com
    wbaton@saul.com

By: s/ James S. Richter
    James S. Richter
    jrichter@winston.com
    Melissa Steedle Bogad
    mbogad@winston.com
    WINSTON & STRAWN LLP
    One Riverfront Plaza, Suite 730
    Newark, New Jersey 07102
    (973) 848-7676

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| F. Dominic Cerrito<br>Eric Stops<br>Andrew Chalson<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 | George C. Lombardi<br>Michael K. Nutter<br>Kevin E. Warner<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600 |
| Anthony M. Insogna<br>JONES DAY<br>12265 El Camino Real<br>Suite 200<br>San Diego, California  92130-4096 | *Attorneys for Defendants Natco Pharma Limited, Arrow International Limited, and Watson Laboratories, Inc., and non-parties Watson Pharmaceuticals, Inc, Actavis, Inc., Watson Pharma, Inc, and Anda, Inc.* |
| Richard G. Greco<br>RICHARD G. GRECO PC<br>90 State Street, Suite 700<br>Albany, New York 12207 | |
| *Attorneys for Plaintiff*<br>*Celgene Corporation* | |

SO ORDERED this _____ day of _____.

_____
Honorable Susan D. Wigenton,
United States District Court Judge