WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

*Attorneys for Defendants*
*Natco Pharma Ltd., Arrow International Ltd.,*
*and Watson Laboratories, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION, | Honorable Susan D. Wigenton, U.S.D.J. |
| Plaintiff, | Civil Action No. 10 CV 5197 (SDW) (SCM) |
| v. | **ORDER TO SEAL CERTAIN PORTIONS** |
| NATCO PHARMA LIMITED, | **OF THE OCTOBER 22, 2014** |
| ARROW INTERNATIONAL LIMITED, | **ELECTRONIC TRANSCRIPT** |
| and WATSON LABORATORIES, INC. | |
| Defendants. | |

**THIS MATTER**, being opened to the Court by Winston & Strawn LLP, attorneys for Defendants Natco Pharma Ltd., Arrow International Ltd., and Watson Laboratories, Inc. (collectively, "Defendants"), by way of Defendants' Motion to Seal Certain Portions of the October 22, 2014 Electronic Transcript of the conference held before the Honorable Madeline Cox Arleo, U.S.M.J. (the "Transcript"); and Plaintiff Celgene Corporation ("Celgene") joining in Defendants' Motion; and the Court having considered the submission, proposed sealed information, Local Civil Rule 5.3, and the governing case law; and the Court having considered

the factors contained in Local Civil Rule 5.3(c)(2), the Court makes the following Findings of Fact and Conclusions of Law:

- Certain portions of the Transcript contain certain trade secret and/or confidential research, development, commercial and proprietary information that is considered "HIGHLY CONFIDENTIAL" by Defendants and/or Celgene under the Discovery Confidentiality Order ("Confidentiality Order") entered in the case.

- Defendants and Celgene have a legitimate interest in protecting the confidentiality of their trade secret information and/or other confidential business plans or strategies for existing products or products in development.

- Public disclosure of this information would cause Defendants and Celgene significant harm because public disclosure of their trade secret information and/or confidential business plans or strategies for existing products or products in development would provide the public insight into the business and operations of Defendants and Celgene, and would give competitors an unfair advantage.

- There is no less restrictive alternative available than to seal such information because the proposed sealed information is limited in scope and includes only certain portions of the Transcript that contain information that is considered "HIGHLY CONFIDENTIAL" under the Confidentiality Order.

**WHEREFORE**, the Court having found that the relief sought is warranted; and for good cause shown,

**IT IS** on this _____ day of _____, 2014

**ORDERED** as follows:

1. Defendants' Motion to Seal Certain Portions of the October 22, 2014 Electronic Transcript is hereby granted.

2. The following portions of the October 22, 2014 Electronic Transcript are hereby redacted and sealed:

| Page(s) | Line(s) | Identifier |
|---|---|---|
| 12 | 18-19 | From the word "they" through the word "exist" |
| 12 | 21-25 | Entire section |
| 13 | 1-5 | Entire section |
| 13 | 18-25 | From the words "Mr. Cerrito" through the end of the page |
| 14 | 5-6 | From the word "even" through the end of the sentence |
| 14 | 10-14 | From the words "he claims" through the word "program" |
| 17 | 10-12 | From the word "they" through the end of the paragraph |
| 17 | 14 | From the word "to" through the word "exist" |
| 18 | 9-11 | From the word "They" through the end of the paragraph |
| 18 | 14-19 | From the word "when" through the word "does" |
| 18 | 20-25 | From the word "We" through the end of the page |
| 19 | 1-4 | Entire section |
| 20 | 17-20 | From the word "Even" through the end of the paragraph |
| 20 | 25 | From the word "We're" through the end of the page |
| 21 | 1-2 | From the word "to" through the end of the paragraph |
| 21 | 4-9 | From the word "because" through the word "case" |
| 21 | 20-25 | Entire section |
| 22 | 6-8 | From the word "It" through the end of the paragraph |

| 22 | 21 | Entire line |
| --- | --- | --- |
| 22 | 23-24 | Entire section |
| 23 | 5-6 | Entire section |
| 24 | 1 | From the word "that" through the end of the sentence |
| 24 | 11-12 | From the word "he" through the word "now" |
| 26 | 15-17 | Entire section |
| 26 | 21-24 | From the word "No" through the word "considerations" |
| 27 | 3-4 | From the word "We" through the word "do" |
| 28 | 20-23 | Entire section |
| 29 | 7-17 | From the word "But" through the word "patents" |
| 29 | 18-21 | Entire section |
| 29 | 25 | From the word "If" through the end of the page |
| 30 | 1 | The word "do" |
| 30 | 4-5 | From the word "I" through the end of the sentence |
| 30 | 16-20 | From the word "Again" through the word "defendants" |
| 30 | 21-25 | From the word "They" through the end of the page |
| 31 | 1-6 | From the beginning of the page through the word "system" |
| 31 | 19-25 | From the word "So" through the end of the page |
| 32 | 1-16 | Entire section |
| 32 | 21-22 | From the word "you" through the end of the sentence |
| 32 | 23-24 | From the word "there's" through the end of the sentence |
| 34 | 1-4 | From the word "my" through the word "systems" |
| 34 | 6-10 | From the word "if" through the end of the paragraph |

| | | |
|---|---|---|
| 34 | 12-20 | From the word "But" through the end of the paragraph |
| 34 | 22-24 | From the word "there" through the word "determination" |
| 35 | 4-7 | Entire section |
| 35 | 16-17 | Entire section |
| 36 | 1-2 | From the word "I" through the end of the sentence |
| 36 | 7 | From the word "you" through the end of the sentence |
| 36 | 15-17 | From the word "I" through the word "patents" |
| 37 | 13-14 | From the word "has" through the word "road" |
| 38 | 7 | From the word "if" through the word "yet" |
| 38 | 9-12 | From the word "because" through the word "system" |
| 38 | 19-25 | From the word "So" through the end of the page |
| 39 | 1-8 | Entire section |
| 39 | 9-14 | From the word "If" through the word "about" |
| 39 | 16-17 | From the word "if" through the word "system" |
| 39 | 20-23 | From the words "We have" through the word "place" |
| 40 | 1-10 | From the beginning of the page through the word "patents" |
| 40 | 12-15 | From the word "And" through the end of the paragraph |
| 42 | 14-19 | From the word "This" through the end of the paragraph |
| 42 | 25 | From the word "and" through the end of the page |
| 43 | 1-3 | From the beginning of the page through the end of the paragraph |
| 43 | 4-7 | From the word "Until" through the word "will" |
| 43 | 23 | From the word "if" through the word "presented" |
| 67 | 13-14 | From the word "from" through the end of the sentence |

| 69 | 5-6   | From the word "business" through the word "party"        |
|----|-------|----------------------------------------------------------|
| 69 | 12-14 | From the word "from" through the end of the sentence     |
| 69 | 15-16 | From the word "a" through the word "program"             |
| 69 | 17    | From the word "and" through the word "to"                |
| 69 | 19-22 | Entire section                                           |
| 70 | 13-14 | From the word "you" from the word "source"               |
| 72 | 5-7   | From the words "you got" through the end of the sentence |
| 72 | 17-18 | From the words "if they" through the word "would"        |
| 74 | 9     | From the word "obtained" through the word "channel"      |
| 74 | 24-25 | From the word "got" through the end of the page          |
| 75 | 1     | The word "source"                                        |
| 76 | 17-18 | From the word "got" through the end of the sentence      |
| 79 | 5     | From the word "from" through the word "counsel"          |

3. Defendants or the transcriber shall file a redacted version of the transcript as a public document within fourteen (14) days of the date hereof.

_____
Honorable Steven C. Mannion, U.S.M.J.

| 69 | 5-6 | From the word "business" through the word "party" |
| 69 | 12-14 | From the word "from" through the end of the sentence |
| 69 | 15-16 | From the word "a" through the word "program" |
| 69 | 17 | From the word "and" through the word "to" |
| 69 | 19-22 | Entire section |
| 70 | 13-14 | From the word "you" from the word "source" |
| 72 | 5-7 | From the words "you got" through the end of the sentence |
| 72 | 17-18 | From the words "if they" through the word "would" |
| 74 | 9 | From the word "obtained" through the word "channel" |
| 74 | 24-25 | From the word "got" through the end of the page |
| 75 | 1 | The word "source" |
| 76 | 17-18 | From the word "got" through the end of the sentence |
| 79 | 5 | From the word "from" through the word "counsel" |

3. Defendants or the transcriber shall file a redacted version of the transcript as a public document within fourteen (14) days of the date hereof.

*signature*

Honorable Steven C. Mannion, U.S.M.J.

*The Clerk of the Court is hereby directed to terminate D.E. 365, Motion to Redact Transcript, which has been made moot by this Order.