Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NATCO PHARMA LIMITED,<br>ARROW INTERNATIONAL LIMITED,<br>and WATSON LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 10-5197 (SDW)(SCM)<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>(Filed Electronically) |

**STIPULATION OF DISMISSAL OF CLAIMS AND DEFENSES**
**RELATING TO U.S. PATENT NOS. 6,281,230, 6,555,554, 7,119,106, AND 8,288,415**

Plaintiff Celgene Corporation ("Celgene") and Defendants Natco Pharma Limited Arrow International Limited, and Watson Laboratories, Inc. (collectively, "Natco," which for purposes of this stipulation also includes Watson Pharmaceuticals, Inc., Actavis Inc., Watson Pharma, Inc., and Anda, Inc.), by their undersigned counsel, hereby stipulate and agree that:

WHEREAS, Celgene represents that it owns United States Patent Nos. 6,281,230 (the "'230 patent"), 6,555,554 (the "'554 patent"), 7,119,106 (the "'106 patent"), and 8,288,415 (the "'415 patent") (collectively, the "Celgene Patents"), and that each expires on July 24, 2016;

WHEREAS, Natco represents that it has filed Abbreviated New Drug Application ("ANDA") No. 201452 seeking approval to engage in the commercial manufacture, use, and/or sale of generic 5, 10, 15, and 25 mg lenalidomide capsules ("Natco's ANDA Products") before the expiration of the Celgene Patents;

WHEREAS, Natco represents that it has amended ANDA No. 201452 to remove certifications under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) with respect to the Celgene Patents, and has instead submitted to the United States Food and Drug Administration ("FDA") certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(III) with respect to those patents, and is therefore no longer seeking FDA approval of ANDA No. 201452 prior to the expiration of the those patents on July 24, 2016;

WHEREAS, Natco represents that it will not withdraw or otherwise modify its certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(III) with respect to the Celgene Patents.

WHEREAS, as a result of the foregoing, Celgene and Natco agree that a case or controversy in this action no longer exists between them with respect to the Celgene Patents;

NOW THEREFORE, Celgene and Natco, and their successors and assigns, hereby stipulate that all claims, counterclaims, and affirmative defenses pertaining to the Celgene Patents are dismissed, without prejudice, for lack of subject matter jurisdiction, with each party to bear its own costs, disbursements, and attorneys' fees.

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey 07102

By: s/ James S. Richter
    James S. Richter
    WINSTON & STRAWN, LLP
    One Riverfront Plaza
    Newark, New Jersey 07102

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| F. Dominic Cerrito<br>Eric Stops<br>Andrew Chalson<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>Anthony M. Insogna<br>JONES DAY<br>12265 El Camino Real<br>Suite 200<br>San Diego, California 92130-4096<br><br>Richard G. Greco<br>RICHARD G. GRECO PC<br>90 State Street, Suite 700<br>Albany, New York 12207<br><br>*Attorneys for Plaintiff Celgene Corporation* | George C. Lombardi<br>Michael K. Nutter<br>Kevin E. Warner<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600<br><br>*Attorneys for Defendants Natco Pharma Limited, Arrow International Limited, and Watson Laboratories, Inc., and non-parties Watson Pharmaceuticals, Inc, Actavis, Inc., Watson Pharma, Inc, and Anda, Inc.* |

DATED: March __, 2015

SO ORDERED this 26th day of March 2015

_____
Honorable Susan D. Wigenton,
United States District Court Judge

-3-