UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NATCO PHARMA LIMITED, ARROW INTERNATIONAL LIMITED, and WATSON LABORATORIES, INC.,<br><br>Defendants. | Civil Action No.<br><br>10-5197 (SDW) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a telephonic status conference on October 13, 2015, and for good cause shown,

**IT IS**, on this 14th day of October, 2015, ordered that the Pretrial Scheduling Order entered March 2, 2011, as subsequently amended, is hereby further amended as follows:

1. All reply expert reports shall be delivered by **November 6, 2015**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

2. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **January 15, 2016**.

3. The parties shall appear for a telephonic status conference before the undersigned on **November 2, 2015, at 3:00 p.m.** Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line.

*Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge