UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>　　　　　Plaintiff,<br>v.<br><br>NATCO PHARMA LIMITED, et al.,<br><br>　　　　　Defendants. | Civil Action No.<br><br>10-5197 (SDW) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a telephone conference on November 2, 2015; and for good cause shown;

**IT IS** on this day, November 4, 2015, ordered that the Pretrial Scheduling Order entered March 2, 2011, as subsequently amended, is hereby further amended as follows:

1. The deadline to deliver reply expert reports is extended from November 6, 2015 to **December 4, 2015**.

2. The deadline to complete all expert discovery is extended from January 15, 2016 to **February 12, 2016**.

3. A telephone conference is set for **December 4, 2015 at 2:00pm**. Counsel for plaintiff is to initiate the call to Chambers at (973) 645-3574 once all parties are on the line.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge