

One Riverfront Plaza, Suite 730
Newark, NJ 07102
T +1 973 848 7676
F +1 973 848 7650

JAMES S. RICHTER
(973) 848-7645
jrichter@winston.com

December 3, 2015

**BY ECF**
Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

>  Re:   *Celgene Corporation v. Natco Pharma Ltd., et al.*
>        Civil Action Nos. 10 CV 5197 & 14 CV 3126 (SDW)(LDW)

Dear Judge Wettre:

This firm represents Defendants Natco Pharma Limited, Arrow International Limited, and Watson Laboratories, Inc. in the above-referenced matters. The parties conferred on December 2, 2015 and respectfully request that the following deadlines be extended, as follows:

**Civil Action No. 10 CV 5197:**

| Event | Date |
| --- | --- |
| Reply Expert Reports | January 6, 2016 |
| Close of Expert Discovery | March 11, 2016 |

**Civil Action No. 14 CV 3126:**

| Event | Date |
| --- | --- |
| Close of Fact Discovery | January 6, 2016 |

We also respectfully request that the telephone status conference before Your Honor currently scheduled for Friday, December 4, 2015, be adjourned to January 2016. If this proposal meets with Your Honor's approval, we respectfully request that Your Honor "so order" this letter below.



December 3, 2015<br />Page 2

      Should Your Honor have any questions or require anything further, please do not hesitate to contact the undersigned.

                Respectfully submitted,

                s/ James S. Richter

                James S. Richter

cc:    All counsel (by email)

IT IS SO ORDERED this _____ day of December, 2015,

_____
Honorable Leda D. Wettre, U.S.M.J.